**FILED**
JAN - 8 2019
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. **19 CR 014** |
| | ) | |
| v. | ) | |
| | ) | Violation: Title 18, United States |
| LADERICK MURPHY | ) | Code, Section 922(g)(1) |

**JUDGE KENNELLY**
**MAGISTRATE JUDGE VALDEZ**

The SPECIAL JUNE 2018 GRAND JURY charges:

On or about October 14, 2018, at Chicago, in the Northern District of Illinois, Eastern Division,

LADERICK MURPHY,

defendant herein, having previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess, in and affecting interstate commerce, a firearm, namely a Blue Steel SCCY CPX-2 with TR 10 Laser sight 9 millimeter semi-automatic pistol, bearing serial number 117195, which firearm had traveled in interstate commerce prior to defendant's possession of it;

In violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

The SPECIAL JUNE 2018 GRAND JURY further alleges:

1. Upon conviction of an offense in violation of Title 18, United States Code, Section 922(g), as set forth in this Indictment, defendant shall forfeit to the United States of America any firearm and ammunition involved in and used in the offense, as provided in Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2. The property to be forfeited includes, but is not limited to, Blue Steel SCCY CPX-2 with TR 10 Laser sight 9 millimeter semi-automatic pistol, bearing serial number 117195, and associated ammunition.

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY