UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA

v.

LADERICK MURPHY

Case No. 19 CR 14

District Judge Matthew F. Kennelly

## PETITION FOR *WRIT* OF *HABEAS CORPUS AD PROSEQUENDUM*

Now comes the UNITED STATES OF AMERICA by JOHN R. LAUSCH, JR., United States Attorney for the Northern District of Illinois, and respectfully represents unto Your Honor that:

        Name:  LADERICK MURPHY
        Date of Birth: **/**/1993
        Sex:  Male
        Race:  Black
        Jail/Prisoner #:  M40176

has been and now is, in due form and process of law, detained in the following institution:

        Illinois Department of Corrections, Stateville, Joliet, Illinois.

Your petitioner further represents to Your Honor that the said prisoner has been charged in the Eastern Division of the Northern District of Illinois with a violation of Title 18, United States Code, Section 922(g) (unlawful possession of a firearm), and is now wanted in such division and district on January 30, 2019, at 1:30 p.m., for an initial appearance before District Judge Matthew F. Kennelly, in the courtroom usually occupied by said judge in the United States Courthouse, Chicago, Illinois.

WHEREFORE, your petitioner prays for an Order directing the issuance of a *Writ* of *Habeas Corpus Ad Prosequendum* in this matter directed to the following persons:

JASON WOJDYLO  
Acting United States Marshal  
Northern District of Illinois  
219 South Dearborn Street  
Room 2444 – Federal Building  
Chicago, Illinois  60604  

SHERWIN MILES  
Acting Warden  
Illinois Department of Corrections, Stateville  
16830 So. Broadway St.  
Joliet, Illinois  

commanding them to produce the body of the said prisoner before this Court at said time and on said date, in the United States Courthouse in Chicago, Illinois, and that when the said prisoner shall be so produced pursuant to said *Writ*, and that when the proceedings in this case have been concluded, that LADERICK MURPHY be returned forthwith to said institution from which he was brought.

Respectfully submitted,

JOHN R. LAUSCH, JR.  
United States Attorney


By:     /s/ *Shawn McCarthy*  
SHAWN MCCARTHY  
Assistant United States Attorney  
219 S. Dearborn St., Rm. 500  
Chicago, IL  60604  
(312) 353-8881

2