# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

UNITED STATES OF AMERICA

                                      Plaintiff,

v.                                                         Case No.: 1:19−cr−00014
                                                                     Honorable Matthew F. Kennelly

Laderick Murphy

                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, September 25, 2020:

      MINUTE entry before the Honorable Matthew F. Kennelly as to Laderick Murphy: Telephonic motion hearing held on 9/25/2020. Defendant's motions to continue the trial [92] and [93] are denied for the reasons stated in open court. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.