UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>LADERICK MURPHY | No. 19 CR 14<br><br>Judge Matthew F. Kennelly |

**THE GOVERNMENT'S MOTION FOR ADDITIONAL SAFETY PRECAUTIONS**

The United States of America, by and through its attorney, JOHN R. LAUSCH, JR., United States Attorney for the Northern District of Illinois, hereby requests additional mitigating efforts be undertaken to ensure safety during trial. In support thereof, the following is asserted:

1. A jury trial in this matter is scheduled to begin September 28, 2020, and last approximately three days.

2. An individual who will be present for the duration of the jury trial exhibited COVID-19 like symptoms on or about September 24, 2020, and was tested that same day for COVID-19. On or about September 25, 2020, the reported test was negative.

3. The government proposes the following additional safety precautions be used during the trial:

    (a) To the extent possible, all parties and persons in the courtroom should be required to keep masks on at all times, even while speaking, except for the witness during the witness's testimony after the witness is sworn in.

(b) Advise the venire that a person who will be present during the trial had some symptoms last week but, when tested, tested negative for COVID-19.

(c) Request each witness, upon entry to the courtroom, to pick up a microphone cover and to place it on the microphone at the witness stand and, at the end of the testimony, to put the face mask on, remove the microphone cover, and wipe down the arm rests and ledge in front of them with a disinfectant wipe.

WHEREFORE, the government respectfully asks that this Court grant the government's motion for additional safety precautions.

        Respectfully submitted,

        JOHN R. LAUSCH, JR.
        United States Attorney

By:   /s/ *Shawn McCarthy*
       SHAWN McCARTHY
       KRISTEN TOTTEN
       Assistant United States Attorney
       219 South Dearborn St., Rm. 500
       Chicago, Illinois 60604
       (312) 353-5300

Dated: September 26, 2020